CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 25 2018

JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| RAYMOND ANDREW PACHAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:17-cv-00029 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") of the United States Magistrate Judge recommending that I deny the Commissioner's Motion for Summary Judgment, reverse the Commissioner's final decision, and remand this case for further administrative proceedings. The R&R was filed on August 29, 2018, and the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the R&R [ECF No. 19] shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment [ECF No. 16] is **GRANTED**, the Commissioner's Motion for Summary Judgment [ECF No. 17] is **DENIED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R. The clerk is directed to remove this case from the active docket of the court.

The clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Hoppe.

**ENTERED** this 25th day of September, 2018.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE